# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE                         NO.   2025 CW 1290
INTEREST OF K.M.M.J.

**JANUARY 16, 2026**

---

In Re:     J.S., applying for supervisory writs, Juvenile Court,
           Parish of East Baton Rouge, No. 2022-CC-00002.

---

**BEFORE:  McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT